Kevin McLAUGHLIN, Rebecca McLaughlin, Phillip Dutt, McLaughlin Dutt, LLC., Plaintiffs–Appellants,

v.

The KRYSTAL COMPANY, Defendant–Appellee.

No. 09–14709

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 30, 2010.

Wyman O. Gilmore, Jr., Grove Hill, AL, for Appellant.

Karl Montague Terrell, Shea, Stokes Robert & Wagner, ALC, Atlanta, GA, for Appellee.

Before BIRCH, MARTIN and HILL, Circuit Judges.

PER CURIAM:

This appeal is based upon the district court's grant of a motion for summary judgment filed by The Krystal Company (Krystal), against Krystal licensees/franchisees, Kevin McLaughlin, Rebecca McLaughlin, Phillip Dutt and McLaughlin–Dutt, LLC (appellants). The claims alleged by appellants arose when Krystal declined to renew their license/franchise agreement.

The pertinent facts are amply set forth in the Memorandum Opinion and Order of the district court dated August 14, 2009. We have thoroughly reviewed the record in this case, the briefs and the argument of counsel. Finding no error, we affirm the judgment of the district court granting summary judgment in favor of Krystal.

AFFIRMED.